TRINA A. HIGGINS, United States Attorney (#7349)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED US District Court-UT
SEP 18 '24 AM 10:13

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DALLIN VON HILL,<br><br>Defendant. | INDICTMENT<br><br>VIOLATIONS:<br><br>Count 1: 18 U.S.C. § 2422(b), Coercion and Enticement For Illegal Sexual Activity;<br><br>Count 2: 18 U.S.C. § 2252A(a)(2) and (b), Receipt of Child Pornography.<br><br>Case: 2:24-cr-00299<br>Assigned To : Nielson, Howard C., Jr<br>Assign. Date : 9/18/2024 |

The Grand Jury Charges:

### COUNT 1
(18 U.S.C. § 2422(b))
(Coercion and Enticement)

Beginning on April 4, 2024, and continuing until July 18, 2024, in the District of Utah,

DALLIN VON HILL,

the defendant herein, did knowingly and intentionally, by means of a facility of interstate

commerce, persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, and attempted to so persuade, induce, entice, and coerce; all in violation of 18 U.S.C. § 2422(b).

## COUNT 2
(18 U.S.C. § 2252A(a)(2) and (b))
(Receipt of Child Pornography)

On or about April 30, 2024, in the District of Utah,

DALLIN VON HILL,

defendant herein, did knowingly receive any child pornography, and material that contained child pornography, as defined in 18 U.S.C. § 2256(8), using any means or facility of interstate or foreign commerce and that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(2)(A), (B), and (b)(1).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 2253, upon conviction of any offense violating 18 U.S.C. § 2251, 2251A, or 2252, 2252A, 2252B, or 2260, the defendant shall forfeit to the United States of America: (i) any visual depiction described in 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter; (ii) any property, real or personal,

constituting or traceable to gross profits or other proceeds obtained from such offense; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

Pursuant to 18 U.S.C. § 2428, upon conviction of any offense violating 18 U.S.C. § 2422 or 2423, the defendant(s) shall forfeit to the United States of America (i) such person's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and (ii) any property, real or personal, constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as a result of such violation. The property to be forfeited includes, but is not limited to:

- Motorola Cell Phone
- Substitute property as allowed by 21 U.S.C. § 853(p) and 18 U.S.C. § 2253(b).

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

_[signature]_
CAROL A. DAIN
Assistant United States Attorney