AO 442

# United States District Court

for the
District of Utah

RECEIVED
By THewlett at 11:06 am, Sep 18, 2024

UNITED STATES OF AMERICA

V.

**Hill**

Case No: 2:24-cr-00299-HCN

## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **DALLIN VON HILL**,
who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment    [ ] Superseding Indictment    [ ] Information    [ ] Superseding Information

[ ] Complaint    [ ] Order of court    [ ] Violation Notice    [ ] Probation Violation Petition

[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**Coercion and Enticement For Illegal Sexual Activity
Receipt of Child Pornography**

in violation of 18:2422(b), 18:2252A(a)(2) and (b) United States Code.

| | |
|---|---|
| Gary P. Serdar | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ [signature] | September 18, 2024 at Salt Lake City, Utah |
| Signature of Issuing Officer | Date and Location |
| By: Deborah Eyer
Deputy Clerk | |

Bail fixed _____ by _____
                                                                Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/18/2024 | TFO BRYANT LORE | [signature] |
| DATE OF ARREST | | |
| 09/20/2024 | | |